UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LI GUANG HUANG and<br>YUAN CHEN, a/k/a CHIN QIN UIN,<br>Petitioners,<br>-against-<br>CHRIS GANTT, et al.,<br>Respondents. | 26-cv-8328<br>ORDER |

LEWIS J. LIMAN, United States District Judge:

Petitioner has filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241. The Court, sitting in Part I and having examined the Petition, hereby ORDERS that:

To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court. *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.").

The Civil Division of the U.S. Attorney's Office for the Southern District of New York is directed to inform the Court by 5:00 p.m. on September 24, 2026 whether Petitioners were in the district at the time the Petition was filed or, if Petitioners were not in the district, where Petitioners were located at the time the Petition was filed.

The Court is simultaneously electronically notifying the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

SO ORDERED.

Dated: September 24, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge