USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 9/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
LI GUANG HUANG, and :
YUAN CHEN, a/k/a/ CHIN QUIN UIN, :
:
Petitioners, :
: 1:26-cv8328-GHW
-v- :
CHRIS GANTT, *as Warden Cimarron Correctional* : ORDER
*Facility, Cushing, Oklahoma, et al.,* :
:
Respondents. ::
----------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Petitioners Li Guang Huang and Yuan Chen ("Petitioners") filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 around midnight this morning. For the following reasons, the Court transfers this action to the United States District Court for the Western District of Oklahoma. Respondents assert that at the time this action was filed, and now, Petitioners were detained at the Diamondback Correctional Facility in Watonga, Oklahoma. Dkt. No. 16 at 1.[1] Accordingly, because Petitioners were not located in the Southern District of New York at the time they filed this Petition, and therefore, the Court does not have jurisdiction over his custodian, *see Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004), in the interest of justice, the Court transfers this petition to the United States District Court for the Western District of Oklahoma. *See* 28 U.S.C. §§ 1404(a), 1406(a).

The Court directs the Clerk of Court to transfer this action to the Western District of Oklahoma. **The Court waives Local Civil Rule 83.1, which requires a seven-day delay before the Clerk of Court may transfer a case, and directs immediate transfer.**

---

[1] Counsel for the United States also notes that the ICE detainee locator page also currently reflects that Petitioners are presently located at that facility. Dkt. No. 16 at 1 n.1.

The Clerk of Court is directed to email a copy of this order to usanys.2241@usdoj.gov.

**The United States Attorney is directed forthwith to alert the Chief of the Civil Division United States Attorney's Office for the Western District of Oklahoma of the transfer of this matter.**

This order closes the case in the Southern District of New York.

SO ORDERED.

Dated: September 24, 2026
New York, New York

GREGORY H. WOODS
United States District Judge